**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERCA,<br><br>v.<br><br>GARRETT MULDOR,<br><br>*Defendant.* | CRIMINAL ACTION<br><br>NO. 26-190 |

**<u>ORDER</u>**

**AND NOW**, this 16th day of November, 2026, upon consideration of Garrett Muldor's Motion to Suppress, (Dkt. No. 21), the Government's Response in Opposition, (Dkt. No. 29), and following a hearing, (Dkt. No. 35), it is **ORDERED** that Muldor's motion is **GRANTED**.

The Government's Motion to Preclude Cross, (Dkt. No. 32), is **DENIED as moot**.

BY THE COURT:

***<u>/s/ Gerald J. Pappert</u>***
Gerald J. Pappert, J.